IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLIE B. BUSH JR., | ) | 4:12CV3195 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER ON IN FORMA** |
| MICHAEL THURBER, Director of | ) | **PAUPERIS AFFIDAVIT** |
| Lancaster County Jail, | ) | |
| | ) | |
| Defendant. | ) | |

The plaintiff, Charlie B. Bush, Jr., a non-prisoner, included within his petition a motion for leave to proceed informa pauperis (Filing No. 1) and filed an In Forma Pauperis Affidavit. (Filing No. 2.) Upon review of the plaintiff's motion and affidavit, I find that the plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the complaint shall be filed without payment of fees.

Dated September 19, 2012.

BY THE COURT

*Warren K. Urbom*

Warren K. Urbom
United States Senior District Judge